1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2 1318 K Street
Bakersfield, CA 93301
3 Ph.: (661)326-0857
Fax.: (661) 326-0936
4 e-mail: lawtorres@aol.com

5 Attorney for Defendant
CHRISTOPHER KENT BOWERSOX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-CR-00082 AWI |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |
| vs. | |
| CHRISTOPHER KENT BOWERSOX | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND JEREMY R. JEHANGRI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CHRISTOPHER KENT BOWERSOX by and through his attorney of record, DAVID A. TORRES hereby requesting that the motion hearing currently set for September 6, 2011 be continued to September 26, 2011 at 9:00 a.m., or a date convenient to court and counsel.

I have commenced a jury trial in the case of *People v. Scott Drewry*, in the Kern County Superior Court. AUSA Jeremy Jehangiri has no objection to this stipulation.

**The defendant is willing to continue, excluding time through the next court**

**appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be continued to September 26, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: 9/ 1/11                    /s/ David A. Torres
                                  DAVID A. TORRES
                                  Attorney for Defendant
                                  CHRISTOPHER BOWERSOX

Dated: 9/1/11                     /s/ Jeremy R. Jehangiri
                                  JEREMY R. JEHANGIRI
                                  Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

This matter will be continued to **October 11, 2011**, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   September 1, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE