**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHRISTOPHER KENT BOWERSOX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KENT BOWERSOX<br><br>　　　　　　　　Defendant, | Case No.: 10-CR-00082 AWI<br><br>**STIPULATION AND ORDER TO RETURN PROPERTY** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND JEREMY R. JEHANGRI, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CHRISTOPHER KENT BOWERSOX by and through his attorney of record, DAVID A. TORRES will move the court for an order to return the following property seized by the Bakersfield Police Department on November 6, 2010, from the person of CHRISTOPHER BOWERSOX. Said property to be release forthwith to KENT BOWERSOX.

　　1.　　Tag # 159073-1Unknown make .22 caliber rifle, Serial No. J39046
　　2.　　Tag # 15973-2 Marlin Firearms .32 caliber level action rifle, Serial No. Y9539
　　3.　　Tag # 159073-3Unknown make .224 caliber bolt action rifle, Serial No. S2800

4. Tag # 159073-4 Remington .22 caliber riffle, Serial No. 809304

5. Tag # 159073-5 Orlin-Mathieson 30-30 level action riffle, Serial No. 3007122

6. Tag# 159073-7 Bolt action riffle, Serial No. 56418

7. Tag 159073-8 Smith and Wesson .38 caliber revolver, Serial # 11483

8. Tag # 159073-9 .38 caliber revolver

IT IS SO STIPULATED. All counsel along with Special Agent Jennings of the Federal Bureau of Investigation all agree to the stipulation.

Dated: 10/27/11       /s/SA Desmond Jennings
                      Special Agent Desmond Jennings
                      Federal Bureau of Investigation

Dated: 10/27/11       /s/ David A. Torres
                      DAVID A. TORRES
                      Attorney for Defendant
                      JOSE ANTONIO MORENO LOPEZ

Dated: 10/27/11       /s/Jeremy Jehangiri
                      JEREMY R. JEHANGIRI
                      Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED.

Dated:   October 28, 2011          _____
                                   CHIEF UNITED STATES DISTRICT JUDGE