1  BENJAMIN B. WAGNER
   United States Attorney
2  JEREMY R. JEHANGIRI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6      United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER KENT BOWERSOX,<br><br>  Defendant. | 1:10-cr-00082-AWI-DLB<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT** |

WHEREAS, two state search warrants were executed in this case;

WHEREAS, the affidavits, attachments, applications, search warrants, and returns were all filed with the Kern County Clerk of Court under seal;

WHEREAS, the aforementioned search warrants and related materials were provided to Defendant Christopher Kent Bowersox's previous attorney, but these materials have not been properly provided to Defendant's new counsel;

WHEREAS, the United States of America, in consultation with Defendant's new counsel, seeks to provide the search warrants and related materials as part of discovery; and

WHEREAS, the parties desire to avoid the unauthorized disclosure

or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant CHRISTOPHER KENT BOWERSOX, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel by the United States as part of discovery in this case subsequent to entry of this Order (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of her attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

    5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.    Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: May 1, 2012    By: /s/ *Marc Days* (as authorized)
    MARC DAYS
    Attorney for Defendant
    CHRISTOPHER KENT BOWERSOX

DATED: May 1, 2012    BENJAMIN B. WAGNER
    United States Attorney

    By: /s/ *Jeremy Jehangiri*
    JEREMY R. JEHANGIRI
    Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: May 1, 2012    _____
    CHIEF UNITED STATES DISTRICT JUDGE